### M'KINSTRY *against* DAVIS and WIFE.

BOTH the defendants had been sued, and judgment ob-
tained against them in assumpsit; but *Davis*, having been
discharged under the *act to abolish imprisonment for debt in
certain cases*, he was not liable to the imprisonment of his
body, and the plaintiff stipulated to allow him the benefit of
this discharge, without plea. Having proceeded regularly
to judgment against him and his wife, the plaintiff issued a
*ca. sa.* upon which, by his direction, the wife alone was im-
prisoned.

*A feme cov-
ert may be im-
prisoned on a
ca. sa. with or
without her
husband; tho'
otherwise as to
mesne process.*

*C. Miller*, moved that she be discharged.

*E. Williams*, contra.

*Curia.* Clearly, this motion cannot be granted. A *feme
covert* is liable to be imprisoned on a *ca. sa.* with or without
her husband; and so are all the cases;(*a*) though it is oth-
erwise as to mesne process.(*b*)

Motion denied.

(*a*) See *Bac. Abr. Baron & Feme*, (*L*) and the cases there cited.
(*b*) See *Bac. Abr. Baron & Feme*, (*L*) and id. *Bail in Civil Causes*,
(*B*) 5, and the cases there cited.